IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Stephen Harris – #064176

/

No. C 12-80226 WHA

**ORDER OF SUSPENSION**

    Because Stephen Harris has failed to respond to the order to show cause, Mr. Harris's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: October 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE