**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                                    No. C 12-80226 WHA

10   IN THE MATTER OF

11   Stephen Harris – #064176                        **ORDER OF SUSPENSION**

12   _____/

13

14          Because Stephen Harris has failed to respond to the order to show cause, Mr. Harris's

15   membership in the bar of this Court is hereby suspended.

16

17          **IT IS SO ORDERED.**

18

19   Dated:   October 22, 2012.                       _____
                                                       WILLIAM ALSUP
20                                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28